474 A.2d 662

Gable v. Gable, Appellant.

Argued November 1, 1983. William H. Neff, Jr., for appellant; John W. Thompson, Jr., for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

The order of support is affirmed.

474 A.2d 662

Gain v. Gain, Appellant.

Argued February 1, 1984. Fronefield Crawford, Jr., for appellant; Edward G. Conroy, for appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Order affirmed.